UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER, | No. 2:18-cv-2902 WBS AC P |
| Plaintiff, | |
| v. | <u>FINDINGS AND RECOMMENDATION</u> |
| DIRECTOR OF OPERATIONS, | |
| Defendant. | |

By order filed December 19, 2018, plaintiff was ordered to pay the filing fee within thirty days and was cautioned that failure to do so would result in dismissal of this case. ECF No. 15. The thirty-day period has now expired, and plaintiff has not responded to the court's order and has not paid the filing fee.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for failure to pay the filing fee.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings

////

////

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 28, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE